**DAPEER LAW, P.A.**
Rachel Edelsberg, Esq.
Jersey Bar No. 039272011
3331 Sunset Avenue
Ocean, New Jersey 07712
Telephone: 305-610-5223
rachel@dapeer.com

**EDELSBERG LAW, PA**
Scott Edelsberg, Esq. *(admitted via pro hac vice)*
Florida Bar No. 0100537
scott@edelsberglaw.com
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Telephone: 305-975-3320

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis, Esq. *(pro hac vice to be filed)*
Florida Bar No. 101754
ashamis@shamisgentile.com
Garrett O. Berg, Esq. *(pro hac vice to be filed)*
Florida Bar No. 1000427
gberg@shamisgentile.com
14 NE 1st Avenue, Suite 1205
Miami, Florida 33132
Telephone: 305-479-2299

*Attorneys for Plaintiff*

| | |
|---|---|
| KHANH CHAU, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | CASE NO. 2:19−CV−21208−SRC−CLW |
| vs. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| REYDEL VOLKSWAGEN INC., | *Document Electronically Filed* |
| *Defendant*. | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Khanh Chau ("Plaintiff""), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: February 25, 2020

                Respectfully submitted,

                **DAPEER LAW, P.A.**
                /s/ Rachel Edelsberg
                Rachel Edelsberg, Esq.
                Jersey Bar No. 039272011
                3331 Sunset Avenue
                Ocean, New Jersey 07712
                Telephone: 305-610-5223
                rachel@dapeer.com

**SO ORDERED.**

s/ Stanley R. Chesler